IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Criminal Action No. 07- 10 - UNA |
| | ) |
| WALTER RASHAUN ANDERSON, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### COUNT ONE

From in or around December 2006, through on or about January 17, 2007, in the State and District of Delaware, Walter Rashaun Anderson, the defendant herein, did knowingly possess counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:


Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *Sophie E. Bryan*
Sophie E. Bryan
Assistant United States Attorney

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: January 18, 2007