IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-10-UNA |
| | : | |
| WALTER RASHAUN ANDERSON, | : | |
| | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Walter Rashaun Anderson, pursuant to an Indictment returned against him by the Federal Grand Jury on January 18, 2007.

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 18, 2007

**AND NOW**, this __18__ day of __January__, 2007, based upon the foregoing motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Walter Rashaun Anderson.

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge