AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      DELAWARE

UNITED STATES OF AMERICA

V.

WALTER RASHAUN ANDERSON

**WARRANT FOR ARREST**

Case Number: CR 07-10-UNA

To: The United States Marshal
and any Authorized United States Officer

SEALED  UNSEALED 3/15/07

YOU ARE HEREBY COMMANDED to arrest     WALTER RASHAUN ANDERSON
                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF COUNTERFEITED SECURITIES

in violation of Title    18    United States Code, Section(s)    513(a)

PETER T. DALLEO
Name of Issuing Officer

BY: _____ : DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JANUARY 18, 2007 at WILMINGTON, DE
Date and Location

FILED JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 1-18-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-17-07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____