IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **FILED UNDER SEAL** |
| | ) |
| v. | ) Criminal Action No. 07-00010-JJF |
| | ) |
| WALTER RASHAUN ANDERSON, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the entire file as to the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: March 9, 2007

**IT IS SO ORDERED** this ___14___ day of __March__, 2007.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware

FILED
MAR 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-00010-JJF |
| WALTER RASHAUN ANDERSON, | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 9th of March 2007, I caused the foregoing Motion and Order to Unseal to be filed with the Clerk of the Court. I further certify that a copy of the foregoing notice was served via First Class mail, postage pre-paid, on counsel of record as follows:

        James F. Brose, Esquire
        206 South Avenue
        Media, PA 19063

                                    Sophie E. Bryan
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1007 Orange Street, Suite 700
                                    P.O. Box 2046
                                    Wilmington, DE 19899-2046
                                    (302) 573-6277
                                    sophie.bryan@usdoj.gov