IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-010 JJF |
| WALTER RASHAUN ANDERSON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, July 11, 2007, at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 26, 2007
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

FILED
APR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE