IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-10-JJF |
| ) | |
| WALTER RASHAUN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Sophie E. Bryan as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

                COLM F. CONNOLLY
                United States Attorney

                By: /s/ Keith M. Rosen
                Keith M. Rosen
                Assistant United States Attorney
                Nemours Building, #700
                P.O. Box 2046
                Wilmington, Delaware 19899-2046
                keith.rosen@usdoj.gov

Dated: May 21, 2007

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                  ) | Criminal Action No. 07-10-JJF |
| ) | |
| WALTER RASHAUN ANDERSON ) | |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on May 22, 2007, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

James F. Brose, Esquire
jfbrose@juno.com

*/s/ Sharon L. Bernardo*