July 10, 2007

Kenenth J Welch
FDC-Philadlephia
P.O. Box 562
Philadlephia, PA 19105

Judge Joseph J Farnan, Jr.
U.S. District Court
Wilmington, Delaware

RE: U.S. v. Walter Anderson
Reg. No. 05201-015

Dear Honorable Farnan;

Mr. Walter Anderson arrived at FDC-Philadlephia on May 08, 2007. Realizing he needed a GED to enhance his employment opportunities, he immediately enrolled in the prison's GED prep classes. I am his instructor.

I can verify that he attends all classes exhibiting exemplary behavior, he is attentive and willing to learn, and his class participation is substantive. Furthermore, he is absorbing the lessons well, progressing rapidly toward his goal of taking the GED exam.

In sum, I am pleased to witness Mr. Anderson's academic acumen.

Very truly yours;

Kenneth J Welch

# Certificate of Achievement

This certifies that

## Walter Anderson

has satisfactorily completed
Adult Continuing Education:
Financial Planning

Consisting of __20__ Hours of Training

This certificate is hereby issued this __28th__ day of __June__, 20__07__

B. Womack
ACE Coordinator